# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Arby's Restaurant Group, Inc. Data Security Litigation<br><br>CONSOLIDATED FINANCIAL INSTITUTION CASE | Case No. 1:17-mi-55555-AT<br>1:17-cv-514-AT |

## ORDER GRANTING PLAINTIFFS' MOTION TO LIFT RESTRICTIONS ON MEDIA

On March 2, 2018, Plaintiffs Fort McClellan Credit Union, Midwest America Federal Credit Union, Gulf Coast Bank & Trust Company, Wanigas Credit Union, and Valley Federal Credit Union filed a motion seeking an order pursuant to Local Rule 83.4, NDGa, permitting portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, to be allowed into the courthouse and used in the courtroom before, during, and after the Status Conference and Hearing scheduled to take place on March 7, 2018, in Courtroom 2308,  2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303-3309.

519877.1

Based on all the files and documents herein, that motion is **GRANTED**. Accordingly:

1. Plaintiffs may use portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, to aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of LR 83.4.

2. Specifically, the following attorneys are permitted to bring in electronic devices, including one each of cellular telephones, and either a portable computer or electronic tablet computer, to Courtroom 2308 on March 7, 2018:

   Kenneth S. Canfield

   Gary F. Lynch

   Brian Gudmundson

   James J. Pizzirusso

   Kate M. Baxter-Kauf

3. Plaintiffs are prohibited from taking photographs or operating recording devices during courtroom proceedings. Plaintiffs shall not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

4. Plaintiffs shall not operate any device outlined above in any public area where their operation is disruptive of any court proceeding.

**IT IS SO ORDERED** this 6th day of March, 2018.

_____
Hon. Amy Totenberg
United States District Judge