# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-mi-55555-WMR**
**1:17-cv-01035-WMR | 1:17-cv-0514-WMR**
**Weiss et al v. Arby's Restaurant Group, Inc.**
**Honorable William M Ray, II**

Minute Sheet for proceedings held In Open Court on 11/29/2018.

TIME COURT COMMENCED: 10:38 A.M.
TIME COURT CONCLUDED: 12:33 P.M.    COURT REPORTER: Wynette Blathers
TIME IN COURT: 01:55    DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:** Kate Baxter-Kauf, Kenneth Canfield, Brian Gudmundson, James Pizzirusso representing Financial Plaintiffs;
John Bevis, James Tribble and David Worley representing Consumer Plaintiffs;
Joshua Gunnemann, Douglas Meal, Robert Remar and Daniel Routh representing Defendant Arby's Restaurant Group, Inc.

**PROCEEDING CATEGORY:** Status Conference (Motion Hearing Non-evidentiary)

**MOTIONS RULED ON:** [169] Motion for Order GRANTED. Written order to follow.

**MINUTE TEXT:** Status Conference held to discuss case deadlines. The Court will examine discovery disputes at the next conference scheduled for 12/19/2018. The Court set a final fairness hearing for settlement for 6/4/2019.

**HEARING STATUS:** Hearing Concluded.

**ADDL HEARING SCHEDULED:** Hearing set for 6/4/2019 at 10:00 A.M. in Courtroom 1705.